**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | **Case No. 14-35598** |
| **ROMMIE LEE WELLS,** | ) | **Hon. Donald R. Cassling** |
| | ) | **Hearing Date: June 13, 2017** |
| **Debtor.** | ) | **Hearing Time:   9:30 a.m.** |

**NOTICE OF MOTION**

To:     See Attached Service List

**PLEASE TAKE NOTICE** that on **Tuesday, June 13, 2017** at **9:30 a.m**., or as soon thereafter as may be possible, we shall appear before the Honorable Donald R. Cassling other Judge sitting in his stead, in **courtroom 619**, of the Dirksen Federal Building, 219 South Dearborn Street, in Chicago, Illinois, and shall then and there present the attached **Application of Trustee's Attorneys for the Allowance of Compensation and Reimbursement of Expenses,** a copy of which is hereby served upon you.

By:     /s/ Norman B. Newman
          Norman B. Newman, not individually but solely as
          Chapter 7 Trustee for the estate of Rommie Lee
          Wells

Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000
(312) 521-2100

**CERTIFICATE OF SERVICE**

Norman B. Newman, an attorney, hereby certifies that on May 17, 2017, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice.

/s/Norman B. Newman

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | **Case No. 14-35598** |
| **ROMMIE LEE WELLS,** | ) | **Hon. Donald R. Cassling** |
| | ) | **Hearing Date:  June 13, 2017** |
| **Debtor.** | ) | **at 9:30 a.m.** |

**APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE ALLOWANCE OF FINAL**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Much Shelist, P.C. ("Much Shelist"), attorneys for Norman B. Newman, not individually but solely as the Chapter 7 Trustee herein, (the "Trustee") moves this Court, pursuant to Section 330 of the Bankruptcy Code and Bankruptcy Rule 2016, for the allowance of final compensation and reimbursement of expenses for services rendered during the period November 24, 2014 through April 4, 2017.  In support of this application, Much Shelist states as follows:

1.  On September 30, 2014, the Debtor filed his petition for relief under Chapter 7 of the Bankruptcy Code.

2.  On December 30, 2014, this Court entered an Order authorizing the Trustee to employ Much Shelist as his attorneys in this case.  This application includes legal services rendered by the Trustee.  Mr. Newman has taken care to distinguish his legal services from his Trustee services.  Attached hereto as Exhibit "A" is an itemization of Mr. Newman's Trustee services.

3.  Other than as permitted under Section 504 of the Bankruptcy Code, Much Shelist has no agreement with any person or firm whatsoever with regard to its compensation in this case.  To date, Much Shelist has not received any compensation for services rendered as attorneys for the Trustee.  Much Shelist is not seeking compensation for the services identified

2

on Exhibit "A" as part of this Application.  Mr. Newman is filing a separate Application for

Trustee Compensation.

4       Much Shelist is entitled to receive final compensation in the amount of

$6,698.50 plus reimbursement of expenses in the amount of $74.60 for services rendered

during the period of November 24, 2014 through April 4, 2017.

5.       Much Shelist provided 14.50 hours of services on behalf of the Trustee

during the time period covered by this application.

6.       The following is a summary of time expended, by individual, during the

time period covered by this application.  During the time period covered by this

application the hourly rates charged by Mr. Newman and Folarin Dosunmu changed.

The summary below references their rates during the applicable time period.

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman (11/24/14 - 12-/31/15) | 1.70 hrs. | $625.00/hr. | $1,062.50 |
| Norman B. Newman (1/1/16 – 12/31/16) | 2.80 hrs. | $640.00/hr. | 1792.00 |
| Norman B. Newman (4/4/17) | .80 hrs. | $655.00/hr. | 524.00 |
| Folarin S. Dosunmu (11/24/14 - 12/31/14) | 4.30 hrs. | $375.00/hr. | 1,612.50 |
| Folarin S. Dosunmu (1/6/15) | .30 hrs. | $385.00/hr. | 115.50 |
| Jeffrey L. Gansberg | 2.80 hrs. | $440.00/hr. | 1,232.00 |
| | | | |
| **Paralegal** | | | |
| Sandy Holstrom | 7.40 hrs. | $200.00/hr. | 360.00 |
| | | | |
| **TOTAL** | **14.50 hrs.** | | **6,698.50** |

7.       Attached hereto as Exhibit "B" is a statement of legal services rendered.  The

services are listed chronologically and are separated by activity.  The services were rendered in

connection with and in furtherance of assisting the Trustee in the performance of his duties as

delineated by §704 of the Bankruptcy Code.  This application complies with the standards

enunciated in *In re Continental Securities Litigation*, 572 F. Supp. 931 (N.D. Ill. 1983) modified

692 F.2d 766 (7th Cir. 1992).

3

8.    At all times relevant hereto, Much Shelist provided legal services in the most efficient and cost effective manner.  Much Shelist's goal was to obtain a positive resolution of the matter at hand, while in the process minimizing the costs to the estate.

A.    **Retention of Professionals (Tab No. 1):**  A total of 7.40 hours of time was expended by Much Shelist on the preparation of pleadings and related documents regarding the Trustee's Motion to Employ Attorneys and on the Trustee's Motion to Employ Special Litigation Counsel.  Counsel engaged in telephonic communications with special counsel regarding the engagement terms with respect to the handling of Debtor's two personal injury claims (the "Personal Injury Claims") and status thereof.

The individuals who provided services in connection with this matter and the time expended by them are as follows:

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | 1.00 hrs. | $625.00/hr. | $625.00 |
| Folarin S. Dosunmu | 4.30 hrs. | $375.00/hr. | 1,612.50 |
| Folarin S. Dosunmu | .30 hrs. | $385.00/hr. | 115.50 |
| | | | |
| **Paralegal** | | | |
| Sandy Holstrom | 1.80 hrs. | $200.00/hr. | 360.00 |
| | | | |
| **TOTAL** | **7.40 hrs.** | | **$2,713.00** |

B.    **Disposition of Assets (Tab No. 2):**  Much Shelist expended 6.00 hours in connection with the Personal Injury Claims of the Debtor.  Counsel engaged in telephonic communications with the Trustee's special counsel regarding the filing of the lawsuits, the status of same and the potential settlement of the Personal Injury Claims.  Time was spent preparing two separate Motions Approving Settlement Agreements Resolving the Personal Injury Claims and appearing in Court on same.  The Personal Injury Claims were settled in the aggregate amount of $31,000.  The Trustee paid $16,000 to the Debtor in full settlement and satisfaction of

his exemption claims, as well as the Trustee's special counsel's fees and expenses out of the

proceeds of the settlement of the Personal Injury Claims leaving approximately $3,700.00 on

hand in this estate.

The individuals who provided services in connection with the Disposition of Assets and

the time expended by them are as follows:

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | .40 hrs. | $625.00/hr. | $250.00 |
| Norman B. Newman | 2.80 hrs. | $640.00/hr. | 1,792.00 |
| Jeffrey L. Gansberg | 2.80 hrs. | $440.00/hr. | 1,232.00 |
|  |  |  |  |
| **TOTAL** | **6.00 hrs.** |  | **$3,274.00** |

**C.      Claims Administration/Analysis (Tab No 3.):**  Norman B. Newman expended

.30 hrs. of time for a total of $187.50, reviewing the complaint and answers to interrogatories

regarding the value of Debtor's personal injury claim.

**D.      Fee Matters (Tab No. 4):**  A total of .80 hours of time was expended by Much

Shelist on the preparation of this final fee application.  The individual who provided services in

connection with this matter and the time expended by him is as follows:

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | .80 hrs. | $655.00/hr. | $524.00 |
|  |  |  |  |
| **TOTAL** | **.80 hrs.** |  | **$524.00** |

9.      During the time period covered by this Application, Much Shelist incurred out-of-

pocket expenses in the amount of $74.60.  Attached hereto as Exhibit "C" is an itemization of

Much Shelist's out-of-pocket expenses.  The charge for photocopies is 10¢ per page.  Facsimile

charges are billed at the rate of $1.00 per page, incoming and outgoing.  Much Shelist asserts that

these out-of-pocket expenses were reasonable and necessary expenses incurred in its representation of the Trustee.

10.     By reason of the foregoing, Much Shelist states that it is entitled to a final award of compensation and reimbursement of out-of-pocket expenses for services rendered to the Trustee in this matter.  Much Shelist understands that the Trustee is not holding sufficient funds to pay the requested compensation in full.  Much Shelist is willing to accept a pro-rata payment of the available funds.

**WHEREFORE**, Much Shelist, P.C. respectfully requests that this Court enter an Order as follows:

1.     Granting this Application and awarding Much Shelist final compensation in the amount of $6,698.50 plus reimbursement of out-of-pocket expenses in the amount of $74.60 for services rendered during the period November 24, 2014 through April 4, 2017.

2.     Authorizing the Trustee to pay Much Shelist the amount awarded forthwith as a Chapter 7 expense of administration of this estate; and

3.     Granting such other and further relief as this Court deems just and appropriate.

Respectfully Submitted,

**Much Shelist, P.C.**


 /s/ Norman B. Newman
**Norman B. Newman, Trustee**


Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive ,Suite 1800
Chicago, IL 60606
(312) 521-2000
nnewman@muchshelist.com

6

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | **Case No. 14-35598** |
| **ROMMIE LEE WELLS,** | ) | **Hon. Donald R. Cassling** |
| | ) | |
| **Debtor.** | ) | |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL SERVICES

Name of Applicant:                                     Much Shelist, P.C.

Authorized to provide professional services to:        Norman B. Newman, Chapter 7 Trustee

Date of Order Authorizing Employment:                  December 30, 2014

Period for which compensation is sought:               11-24-14 thru 04-04-17

Amount of fees sought:                                 $6,698.50

Amount of expense reimbursement sought:                $74.60

Retainer previously received:                          $0.00

This is a(n):            Interim Application ___        Final Application <u>X</u>

Prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00

Dated:  5/17/17                                  **MUCH SHELIST, P.C.**

                                                 By: /s/Norman B. Newman