**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | **Case No. 14-35598** |
| **ROMMIE LEE WELLS,** | ) | **Hon. Donald R. Cassling** |
| | ) | **Hearing Date: June 13, 2017** |
| **Debtor.** | ) | **Hearing Time:  9:30 a.m.** |

## NOTICE OF MOTION

To:    See Attached Service List

   **PLEASE TAKE NOTICE** that on **Tuesday, June 13, 2017** at **9:30 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Donald R. Cassling other Judge sitting in his stead, in **courtroom 619**, of the Dirksen Federal Building, 219 South Dearborn Street, in Chicago, Illinois, and shall then and there present the attached **Trustee's Application for Compensation and Expenses,** a copy of which is hereby served upon you.

              By:    /s/ Norman B. Newman
                     Norman B. Newman, not individually but solely as
                     Chapter 7 Trustee for the estate of Rommie Lee
                     Wells

Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000
(312) 521-2100

## CERTIFICATE OF SERVICE

   Norman B. Newman, an attorney, hereby certifies that on May 17, 2017, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice.

                     /s/Norman B. Newman

7819472_1

EXHIBIT E

### UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ROMMIE LEE WELLS | ) | Case No. 14-35598 DRC |
| | ) | |
| | ) | Hon. DONALD R CASSLING |

### TRUSTEE'S APPLICATION FOR
### COMPENSATION AND EXPENSES

To:    THE HONORABLE DONALD R CASSLING

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, requests $2,250.00 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I.  COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $15,000.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | | |
|---|---|---|---|
| 25% on 1st $5,000.00 | $ | 1,250.00 | ($1,250.00 max) |
| 10% on next $45,000.00 | $ | 1,000.00 | ($4,500.00 max) |
| 5% on next $950,000.00 | $ | 0.00 | ($47,500.00 max) |
| 3% of balance | $ | 0.00 | |
| | | | |
| TOTAL COMPENSATION | $ | 2,250.00 | |

## II.  TRUSTEE'S EXPENSES

| | | |
|---|---|---|
| Copies (0.00 copies @ 0.00¢/copy) | $ | 0.00 |
| Postage | $ | 0.00 |
| Long Distance Telephone | $ | 0.00 |
| Other (explain): | $ | 0.00 |
| | | |
| TOTAL EXPENSES | $ | 0.00 |

The undersigned certifies under penalty of perjury that no agreement or understanding

exists between the undersigned and any other person for sharing of compensation prohibited

by the Bankruptcy Code.  No payments have previously been made or promised in any capacity

in connection with the above case.

Dated: April 6, 2017

s/ NORMAN NEWMAN
SIGNATURE

191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
ADDRESS