# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 14-35598 |
| ROMMIE LEE WELLS, | ) | Hon. Donald R. Cassling |
| | ) | Hearing Date: June 13, 2017 |
| Debtor. | ) | Hearing Time:   9:30 a.m. |

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on May 17, 2017, he serve a copy of the **Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR)** on all parties listed on the attached service list by depositing same in the U.S. Mail from 191 N. Wacker Drive, Suite 1800, Chicago, Illinois.

    /s/ Norman B. Newman
    Norman B. Newman

Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000
(312) 521-2100

7819607_1

## ROMMIE WELLS SERVICE LIST

Cavalry SPVI, LLC
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Illinois Department of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL 62794-9035

7819607_1