**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: ROMMIE LEE WELLS                       § Case No. 14-35598
                                              §
                                              §
                                              §
Debtor(s)                                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $3,601.00              Assets Exempt: $22,100.00
(without deducting any secured claims)

Total Distribution to Claimants: $0.00   Claims Discharged
                                         Without Payment: $538.27

Total Expenses of Administration: $15,000.00
```

3) Total gross receipts of $ 31,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 16,000.00 (see **Exhibit 2**), yielded net receipts of $15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 20,275.61 | 20,275.61 | 15,000.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 97.33 | 97.33 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 498.00 | 538.27 | 538.27 | 0.00 |
| **TOTAL DISBURSEMENTS** | $498.00 | $20,911.21 | $20,911.21 | $15,000.00 |

4) This case was originally filed under Chapter 7 on September 30, 2014. The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/18/2017          By: /s/NORMAN NEWMAN
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury 2014 Claim | 1142-000 | 2,000.00 |
| Personal Injury Claim 2013 Claim | 1129-000 | 29,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$31,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Rommie Wells | Payment of Exemption Claim | 8100-002 | 0.00 |
| Rommie Wells | Payment of Exemption Claim | 8100-002 | 16,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$16,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NORMAN B. NEWMAN, TRUSTEE | 2100-000 | N/A | 2,250.00 | 2,250.00 | 934.48 |
| MUCH SHELIST, P.C. | 3120-000 | N/A | 74.60 | 74.60 | 30.98 |
| MUCH SHELIST, P.C. | 3110-000 | N/A | 6,698.50 | 6,698.50 | 2,782.03 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Jeffrey Deutschman | 3991-000 | N/A | 666.66 | 666.66 | 666.66 |
| Jeffrey Deutschman | 3992-000 | N/A | 73.01 | 73.01 | 73.01 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Jeffrey Deutschman | 3991-000 | N/A | 9,666.67 | 9,666.67 | 9,666.67 |
| Jeffrey Deutschman | 3992-000 | N/A | 718.69 | 718.69 | 718.69 |
| Rabobank, N.A. | 2600-000 | N/A | 31.29 | 31.29 | 31.29 |
| Rabobank, N.A. | 2600-000 | N/A | 28.41 | 28.41 | 28.41 |
| Rabobank, N.A. | 2600-000 | N/A | 16.54 | 16.54 | 16.54 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 1.24 | 1.24 | 1.24 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$20,275.61** | **$20,275.61** | **$15,000.00** |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Illinois Department of Revenue | 5800-000 | N/A | 97.33 | 97.33 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$97.33** | **$97.33** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 7100-000 | 498.00 | 508.27 | 508.27 | 0.00 |
| 2U | Illinois Department of Revenue | 7300-000 | N/A | 30.00 | 30.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $498.00 | $538.27 | $538.27 | $0.00 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-35598  
**Case Name:** ROMMIE LEE WELLS  

**Period Ending:** 07/18/17

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 09/30/14 (f)  
**§341(a) Meeting Date:** 11/19/14  
**Claims Bar Date:** 12/02/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br>Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Checking account with US Bank<br>       Orig. Asset Memo: Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 2  Household goods; TV, DVD player, TV stand, stere<br>       Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 3  Books, CDs, DVDs, Tapes/Records, Family Pictures<br>       Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 4  Necessary wearing apparel.<br>       Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 5  Watch<br>       Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 6  401k w/ Employer/Former Employer - 100% Exempt.<br>       Orig. Asset Memo: Imported from original petition Doc# 1 | 2,900.00 | 0.00 | | 0.00 | FA |
| 7  Personal Injury 2014 Claim<br>       Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | Unknown | | 2,000.00 | FA |
| 8  Personal Injury Claim 2013 Claim<br>       Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 35,000.00 | | 29,000.00 | FA |
| 9  4 cats<br>       Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9  Assets  Totals (Excluding unknown values) | **$3,601.00** | **$35,000.00** | | **$31,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

   Hearing on Trustee's Final Report set for June 13, 2017.

Printed: 07/18/2017 10:18 AM    V.13.30

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-35598  
**Case Name:** ROMMIE LEE WELLS

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 09/30/14 (f)  
**§341(a) Meeting Date:** 11/19/14

**Period Ending:** 07/18/17

**Claims Bar Date:** 12/02/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2016  **Current Projected Date Of Final Report (TFR):** May 15, 2017 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 14-35598 | | Trustee: | NORMAN NEWMAN (330270) |
|---|---|---|---|---|
| Case Name: | ROMMIE LEE WELLS | | Bank Name: | RABOBANK, N.A. |
| | | | Account: | ******0866 - Checking Account |
| Taxpayer ID #: | **-***1763 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/18/17 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 07/18/2017 10:18 AM    V.13.30

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-35598  
**Case Name:** ROMMIE LEE WELLS  

**Taxpayer ID #:** **-***1763  
**Period Ending:** 07/18/17

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******0867 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/29/16 | {7} | Transit General Insurance Co. | Settlement of Personal Injury Case | 1142-000 | 2,000.00 | | 2,000.00 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,990.00 |
| 09/01/16 | 10101 | Jeffrey Deutschman | Special Counsel Fees | 3991-000 | | 666.66 | 1,323.34 |
| 09/01/16 | 10102 | Jeffrey Deutschman | Special Counsel Expenses | 3992-000 | | 73.01 | 1,250.33 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,240.33 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,230.33 |
| 11/04/16 | {8} | Allstate | Settlement of Personal Injury | 1129-000 | 29,000.00 | | 30,230.33 |
| 11/14/16 | 10103 | Rommie Wells | Payment of Exemption Claim Stopped on 01/10/17 | 8100-002 | | 16,000.00 | 14,230.33 |
| 11/14/16 | 10104 | Jeffrey Deutschman | Special Counsel Fees | 3991-000 | | 9,666.67 | 4,563.66 |
| 11/14/16 | 10105 | Jeffrey Deutschman | Special Counsel Expenses | 3992-000 | | 718.69 | 3,844.97 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.29 | 3,813.68 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.41 | 3,785.27 |
| 01/10/17 | 10103 | Rommie Wells | Payment of Exemption Claim Stopped: check issued on 11/14/16 | 8100-002 | | -16,000.00 | 19,785.27 |
| 01/10/17 | 10106 | Rommie Wells | Payment of Exemption Claim | 8100-002 | | 16,000.00 | 3,785.27 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.54 | 3,768.73 |
| 02/13/17 | 10107 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/13/2017 FOR CASE #14-35598, Bond #016073584 | 2300-000 | | 1.24 | 3,767.49 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,757.49 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,747.49 |
| 06/19/17 | 10108 | NORMAN B. NEWMAN, TRUSTEE | Dividend paid 41.53% on $2,250.00, Trustee Compensation; Reference: | 2100-000 | | 934.48 | 2,813.01 |
| 06/19/17 | 10109 | MUCH SHELIST, P.C. | Dividend paid 41.53% on $74.60, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 30.98 | 2,782.03 |
| 06/19/17 | 10110 | MUCH SHELIST, P.C. | Dividend paid 41.53% on $6,698.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,782.03 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 31,000.00 | 31,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 31,000.00 | 31,000.00 | |
| | | | Less: Payments to Debtors | | | 16,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$31,000.00** | **$15,000.00** | |

{} Asset reference(s)                                                                                                         Printed: 07/18/2017 10:18 AM   V.13.30

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 14-35598  
**Case Name:** ROMMIE LEE WELLS  

**Taxpayer ID #:** **-***1763  
**Period Ending:** 07/18/17  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******0867 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

```
        Net Receipts :        31,000.00
Less Payments to Debtor :     16,000.00
                           _____
        Net Estate :         $15,000.00
```

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******0866** | 0.00 | 0.00 | 0.00 |
| **Checking # ******0867** | 31,000.00 | 15,000.00 | 0.00 |
| | $31,000.00 | $15,000.00 | $0.00 |

{} Asset reference(s)